**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:18-cv-02165-RM-NRN

JORDAN WEST COMPANIES LTD,
d/b/a US MORTGAGES,
a Colorado Limited Liability Company,

    Plaintiff,

v.

NATIVE RANK, INC., a Colorado corporation

    Defendant.

### DEFENDANT NATIVE RANK, INC'S DESIGNATION OF NON-PARTY AT FAULT

Defendant Native Rank, Inc. ("Defendant"), by and through its attorneys, files this designation of non-party at fault pursuant to C.R.S. § 13-21-111.5:

1. Google My Business, address currently unknown, contact phone number: (844) 491-9665. Google is the entity responsible for placing photos on its Google My Business web page. To the extent US Mortgages contends that the photo(s) placed on US Mortgages' Google My Business web page caused it damages, Google My Business/Google is wholly or partially at fault.

2. Other entities responsible or with control over photos placed on Google My Business page are wholly or partially at fault for U.S. Mortgages' alleged damages.

Respectfully submitted this 1st day of November, 2018.

                                            Shoemaker Ghiselli + Schwartz, LLC

2

*/s/  Liza Getches*
Elizabeth H. Getches
Vanya P. Akraboff
SHOEMAKER GHISELLI + SCHWARTZ LLC
1811 Pearl Street
Boulder, CO  80302
Telephone:  (303) 530-3452
FAX:  (303) 530-4071
Email:  lgetches @sgslitigation.com
Email:  vakraboff@sgslitigation.com
*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of November, 2018, a true and accurate copy of the foregoing **DEFENDANT NATIVE RANK, INC'S DESIGNATION OF NON-PARTY AT FAULT** was filed and served via ECF on all parties of record.

*/s/ Sarah B. Lee*